UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOWELL QUINCY GREEN, #00518622, <br><br>*Plaintiff,* <br><br>v. <br><br>FIFTH CIRCUIT COURT OF APPEALS, <br><br>*Defendant.* | Civil Action No. 3:24-CV-1784-X-BT |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 3). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action until Plaintiff pays the full filing fee.

**IT IS SO ORDERED** this 16th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1